JAMES C. YOON (State Bar No. 177155)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811
E-Mail:  jyoon@wsgr.com

STEFANI E. SHANBERG (State Bar No. 206717)
ROBIN L. BREWER (State Bar No. 253686)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
E-Mail:  sshanberg@wsgr.com
         rbrewer@wsgr.com

Attorneys for Defendant
LINKEDIN CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRICEPLAY.COM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 3:14-cv-04824-SI<br><br>**DEFENDANT LINKEDIN CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT PURSUANT TO PATENT LOCAL RULE 2-1(a)** |

Pursuant to Patent Local Rule 2-1(a), LinkedIn Corporation hereby files this Notice of Pendency of Other Action Involving Same Patent.  The following cases were filed within two years of the current case, are pending in the Northern District of California, were filed by the same plaintiff, and involve the same patents:

- *Priceplay.com, Inc. v. Google Inc.*, Case No. 3:14-cv-04828-JSC
- *Priceplay.com, Inc. v. Facebook, Inc.*, Case No. 3-14-cv-04830-EDL

Dated:  November 18, 2014                     WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By:          */s/ Stefani E. Shanberg*
                                                            Stefani E. Shanberg

                                              Attorneys for Plaintiff
                                              LINKEDIN CORPORATION

LINKEDIN'S NOTICE OF PENDENCY OF
OTHER ACTIONS INVOLVING SAME
PATERNT                                       - 1 -
Case No. 3:14-cv-04824-SI