1  GREGORY J. SOWDER, State Bar No. 196158
   HARRINGTON, FOXX, DUBROW & CANTER, LLP
2  655 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone (415) 288-6600
   Facsimile (415) 288-6618
4  Email: gjsowder@hfdclaw.com

5  Attorneys for Plaintiff
   PRICEPLAY.COM, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICEPLAY.COM, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>    Defendant. | Case No. 3:14-cv-04824-SI<br><br>**NOTICE OF CHANGE OF COUNSEL FOR PLAINTIFF PRICEPLAY.COM, INC.** |

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT Plaintiff, PRICEPLAY.COM, INC. hereby requests the Court remove the following attorneys below from the docket of this case.  Said attorneys are replaced by a member of the bar of this court, PRICEPLAY.COM, INC.'s local counsel, Gregory J. Sowder of Harrington, Foxx, Dubrow & Canter, LLP, 655 Montgomery Street, Suite 1100, San Francisco, CA 94111; email: gjsowder@hfdclaw.com; telephone number: (415) 288-6600; facsimile: (415) 288-6618, who will continue to serve as counsel of record for Plaintiff PRICEPLAY.COM, INC.

///

///

///

///

The attorneys to be removed from the docket are:

Sara E. Bussiere, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
302-429-4230
Email: sbussiere@bayardlaw.com

Stephen B. Brauerman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
302-429-4230
Email: sbrauerman@bayardlaw.com

Vanessa Ribeiro Tiradentes, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
302-429-4230
Email: vtirandentes@bayardlaw.com

Dated:  December 8, 2014                    HARRINGTON, FOXX, DUBROW & CANTER, LLP


                                                /s/ Gregory J. Sowder
                                            By: _____
                                                GREGORY J. SOWDER
                                                Attorneys for Plaintiff
                                                PRICEPLAY.COM, INC.