GREGORY J. SOWDER, State Bar No. 196158
HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618
Email: gjsowder@hfdclaw.com

Attorneys for Plaintiff
PRICEPLAY.COM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PRICEPLAY.COM, INC., | Case No. 3:14-cv-04824-SI |
|---|---|
| Plaintiff, | **PLAINTIFF PRICEPLAY.COM, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT LINKEDIN CORPORATION'S MOTION TO STAY** |
| vs. | |
| LINKEDIN CORPORATION, a Delaware Corporation, | Date:  January 16, 2015<br>Time:  9:00 a.m.<br>Courtroom:  10 (19th Floor) |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, PRICEPLAY.COM, INC., does not oppose Defendant LINKEDIN CORPORATION's Motion to Stay.

Dated:  December 10, 2014                                HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:  /s/ Gregory J. Sowder
GREGORY J. SOWDER
Attorneys for Plaintiff
PRICEPLAY.COM, INC.