1

2

3

4

5

6

7

8

9

10

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 14 PRICEPLAY.COM, INC.,<br>15 a Delaware Corporation | Case No. 3:14-cv-04824-SI |
| Plaintiff, | [~~PROPOSED~~]<br>ORDER GRANTING DEFENDANT |
| 16 | LINKEDIN CORPORATION'S MOTION |
| v. | TO STAY PURSUANT TO SECTION |
| 17 | 18(b) OF THE AMERICA INVENTS ACT |
| LINKEDIN CORPORATION,<br>18 a Delaware Corporation, | |
| 19 Defendant. | |

20

21

22        This matter came before the Court pursuant to Defendant LinkedIn Corporation's

23 ("LinkedIn") Motion to Stay Pursuant to Section 18(b) of the America Invents Act.  Having

24 considered the documents filed in support of and in opposition to the motion, the argument of

25 counsel, the pleadings on file in this action, and all other matters properly before the Court, being

26 fully advised in the proceedings, and for good cause appearing:

27        IT IS HEREBY ORDERED that LinkedIn's Motion to Stay Pursuant to Section 18(b) of

28 the America Invents Act is GRANTED in its entirety.  This action is hereby STAYED pending

1  resolution of the United States Patent and Trademark Office's covered business method patent

2  reviews for U.S. Patent Nos. 8,050,982 and 8,494,917.

3      IT IS SO ORDERED.

4

5  Dated: 1/15/15

6

7                              _____

8                              Susan Illston
                               United States District Court Judge

9

10 Presented by:

11    JAMES C. YOON (State Bar No. 177155)
      WILSON SONSINI GOODRICH & ROSATI
12    Professional Corporation
      650 Page Mill Road
13    Palo Alto, California  94304
      Telephone:(650) 493-9300
14    Facsimile: (650) 493-6811
      E-Mail:  jyoon@wsgr.com
15
      STEFANI E. SHANBERG (State Bar No. 206717)
16    ROBIN L. BREWER (State Bar No. 253686)
      WILSON SONSINI GOODRICH & ROSATI
17    Professional Corporation
      One Market Plaza
18    Spear Tower, Suite 3300
      San Francisco, California  94105
19    Telephone:(415) 947-2000
      Facsimile: (415) 947-2099
20    E-Mail:  sshanberg@wsgr.com
              rbrewer@wsgr.com
21
      Attorneys for Defendant
22    LINKEDIN CORPORATION

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING LINKEDIN
CORPORATION'S MOT. TO STAY                    - 2 -
PURSUANT TO AIA § 18(b)
Case No. 3:14-cv-04824-SI