UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRICEPLAY.COM INC.,

    Plaintiff,

    v.

LINKEDIN CORPORATION,

    Defendant.

Case No. 3:14-cv-4824-SI

**ORDER TO FILE JOINT STATUS REPORTS**

On January 15, 2015, in accordance with defendant's unopposed motion to stay pursuant to Section 18(b) of the America Invents Act (Dkt. Nos. 41, 47), the Court ordered that this action be stayed pending the PTO's covered business method patent reviews of the '982 and '917 patents. Dkt. No. 49. Nothing has been filed in this action since that time.

Accordingly, IT IS ORDERED that **every 60 days, beginning August 14, 2015, the parties shall file a Joint Status Report**, describing the current status of the PTO proceedings and indicating when the parties anticipate seeking to lift the stay in this case and return to this Court for further proceedings.

**IT IS SO ORDERED.**

Dated: August 6, 2015

_____
SUSAN ILLSTON
United States District Judge