HARRINGTON, FOXX,
DUBROW & CANTER, LLP
GREGORY J. SOWDER,
Cal. State Bar No. 196158
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: 415-288-6600
Facsimile: 415-288-6618
Email: gjsowder@hfdclaw.com

WESTERMAN, HATTORI,
DANIELS & ADRIAN, LLP
SCOTT M. DANIELS, ESQ.
1250 Connecticut Ave. NW, Suite 700
Washington, DC 20036
Telephone: 202-822-1100
Facsimile: 202-822-1111
Email: sdaniels@whda.com

Attorneys for Plaintiff
PRICEPLAY.COM, INC.

JAMES C. YOON,
Cal. State Bar No. 177155
WILSON SONSINI GOODRICH
& ROSATI
650 Page Mill Road
Palo Alto, California 94304
Telephone: 650-493-9300
Facsimile: 650-493-6811
Email: jyoon@wsgr.com

STEFANI E. SHANBERG,
Cal. State Bar No. 206717
ROBIN L. BREWER,
Cal. State Bar No. 253686
WILSON SONSINI
GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: 415-947-2000
Facsimile: 415-947-2099
Email: sshanberg@wsgr.com
rbrewer@wsgr.com

Attorneys for Defendant
LINKEDIN CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PRICEPLAY.COM, INC.,

Plaintiff,

v.

LINKEDIN CORPORATION, a Delaware Corporation,

Defendants.

Case No. 3:14-cv-04824-SI

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Hon. Susan Illston

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Susan Illston
NORTHERN DISTRICT OF CALIFORNIA

It is hereby stipulated and agreed by and between the parties to the above entitled action and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and without costs to either party.

Dated: February 24, 2016

Respectfully submitted,

/s/ *Scott M. Daniels*

Scott M. Daniels, Esq.
WESTERMAN, HATTORI,
DANIELS & ADRIAN, LLP
1250 Connecticut Ave. NW, Suite 700
Washington, D.C. 20036
Telephone: 202-822-1100
Facsimile: 202-822-1111
Email: sdaniels@whda.com

Attorneys for Plaintiff
PRICEPLAY.COM, INC.

/s/ *Robin L. Brewer*

Robin L. Brewer
WILSON SONSINI
GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: 415-947-2000
Facsimile: 415-947-2099
Email: rbrewer@wsgr.com

Attorneys for Defendant
LINKEDIN CORPORATION

**ATTESTATION CLAUSE**

I, Scott M. Daniels, am the ECF User whose identification and password are being used to file this Joint Status Report. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robin L. Brewer, of Wilson Sonsini Goodrich & Rosati has concurred in this filing.

Dated: February 24, 2016

/s/ *Scott M. Daniels*
Scott M. Daniels